IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEPICHIAN ALDRICH,**<br>            **Plaintiff,**<br><br>            v.<br><br>**STATE FARM INSURANCE COMPANY**<br>**AND BOB JOHNSTON INSURANCE**<br>**AGENCY, INC.,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-585** |

# O R D E R

**AND NOW**, this 1st day of September, 2022, upon consideration of Defendants' Notice of Removal (ECF No. 1), Plaintiff's Motion to Remand (ECF No. 8), and Defendants' Response (ECF No. 10), it is **HEREBY ORDERED THAT** Plaintiff's Motion is **GRANTED**.  The Clerk of Court **SHALL TERMINATE** this case and mark it **CLOSED**.

BY THE COURT:


*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**